**Order entered November 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00580-CV

## IN THE INTEREST OF S.C. AND K.C., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-00596**

## ORDER

We **GRANT** appellee's November 12, 2015 unopposed second motion for an extension of time to file a brief. Appellee shall file a brief by **DECEMBER 28, 2015**. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/ ELIZABETH LANG-MIERS
JUSTICE